# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| JOAN WISNIEWSKI,<br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE CAPITAL CORP.,<br>ASSET ACCEPTANCE, LLC, SANJAY S.<br>JUTLA and ALLEN GUNN,<br>Defendants. | Case No.   FILED: MAY 14, 2008<br>08CV2793        PH<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE SCHENKIER |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ASSET ACCEPTANCE CAPITAL CORP., ASSET ACCEPTANCE, LLC, SANJAY JUTLA and ALLEN GUNN

| |
|---|
| NAME:  Jennifer W. Weller |
| SIGNATURE:  s/ *Jennifer W. Weller* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270826 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐       APPOINTED COUNSEL  ☐ |

6318699v1 887910

**CERTIFICATE OF SERVICE**

    I hereby certify that on **May 14, 2008,** I electronically filed the foregoing **APPEARANCE** with the Clerk of the U.S. District Court and mailed a copy to James F. Wisniewski, P.O. Box 2295, Orland Park, Illinois 60462.

                                         HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Jennifer W. Weller (6270826)<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>jweller@hinshawlaw.com | /s/ *Jennifer W. Weller*<br>Jennifer W. Weller |