IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOAN WISNIEWSKI, | ) | |
| Plaintiff, | ) ) ) | FILED: MAY 14, 2008 |
| v. | ) ) | Case No.: 08CV2793    PH |
| ASSET ACCEPTANCE CAPITAL CORP., a Delaware Corporation; ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP., SANJAY S. JUTLA and ALLEN GUNN, individually and as employees and agents for ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP., , | ) ) ) ) ) ) ) ) ) ) ) | Judge: JUDGE LEFKOW MAGISTRATE JUDGE SCHENKIER |
| Defendant. | ) ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To:   James F. Wisniewski
P.O. Box 2295
Orland Park, Illinois 60462

PLEASE TAKE NOTICE THAT on this 14th day of May, 2008, defendants, Asset Acceptance Capital Corp., Asset Acceptance, LLC, Sanjay S. Jutla and Allen Gunn removed this matter from the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 08 L 3933 to the United States District Court for the Northern District of Illinois, Eastern Division. A true and accurate copy of the Notice of Removal filed in the Northern District of Illinois, Eastern Division.

Respectfully submitted,
Hinshaw & Culbertson LLP

By: _____
One of the Attorneys for Defendants

**Proof of Service by Mail**

_____, being first duly sworn upon her oath, deposes and states that on this 14th day of May 2008, she caused a copy of this Notice of Filing of Notice of Removal and attachment referred to hereinabove to be served upon counsel listed above by depositing same in the U.S. Mail Chute located at 222 No. LaSalle St., Chicago, Illinois 60601 on or before 5PM.

_____

6318527v1 887910