IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOAN WISNIEWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ASSET ACCEPTANCE CAPITAL CORP., a | ) | No. 1:08-cv-02793 |
| Delaware Corporation; ASSET ACCEPTANCE, | ) | |
| LLC, a subsidiary and agent of ASSET | ) | Judge Lefkow |
| ACCEPTANCE CAPITAL CORP., and | ) | |
| SANJAY S. JUTLA and ALLEN GUNN, | ) | |
| individually and as employees and agents for | ) | |
| ASSET ACCEPTANCE, LLC, a subsidiary and | ) | |
| agent of ASSET ACCEPTANCE CAPITAL | ) | |
| CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Asset Acceptance Capital Corp., Asset Acceptance, LLC, Sanjay S. Jutla and Allen Gunn by and through their attorneys and for their Motion for Enlargement of Time to Answer or Otherwise Plead state as follows:

1.     Defendants timely removed this action from the Circuit Court of Cook County to this Court on May 14, 2008.   Accordingly, defendants are to file a responsive pleading to Plaintiff's Complaint by May 22, 2008.

2.     In the Complaint, Plaintiff claims violations of the Fair Debt Collection Practices Act (Count I), Illinois Collection Agency Act (Count II), Civil Conspiracy (Count III) and for Malicious Prosecution (Count IV).

3.     In order to investigate plaintiff's claims, Defendants request an additional 21 days to on or before June 12, 2008 to answer or otherwise plead.  This court has set an initial status hearing of June 24 and the additional time sought will not impact this date.

4.      Counsel for plaintiff has advised counsel for defendants that he does not oppose the additional time sought.

5.      This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.   This time is necessary to analyze the pleading and prepare the appropriate response to the multiple claims arising out of both state and federal law.

WHEREFORE, Defendants, Asset Acceptance Capital Corp., Asset Acceptance, LLC, Sanjay S. Jutla and Allen Gunn respectfully requests that this court grant them an additional 21 days to on or before June 12, 2008 to file a responsive pleading to Plaintiff's Complaint.

Respectfully Submitted,

By: /s/Jennifer W. Weller
One of the Attorneys for Defendants
Asset Acceptance Capital Corp.,
Asset Acceptance, LLC,
Sanjay S. Jutla and Allen Gunn

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
Firm No. 90384

6321436v1 887910