IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAN WISNIEWSKI,<br><br>      Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE CAPITAL CORP., a Delaware Corporation; ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP., and SANJAY S. JUTLA and ALLEN GUNN, individually and as employees and agents for ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP.,<br><br>      Defendants. | No. 1:08-cv-02793<br><br>Judge Lefkow |

### NOTICE OF MOTION

TO:   James F. Wisniewski
P.O. Box 2295
Orland Park, IL 60462

**PLEASE TAKE NOTICE** that on **May 27, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Joan Humphrey Lefkow or any Judge sitting in his/her stead in Courtroom 1925, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

                                          HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

                                          s/ *Jennifer W. Weller*
                                          Jennifer W. Weller

6321544v1 887910

**CERTIFICATE OF SERVICE**

      I hereby certify that on **May 22, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system reflecting service of to be served on:


and I hereby certify that on **May 22, 2008**, I served by United States Mail, the documents to the following non-registered participants:

    *Plaintiff – Pro Se*
    James F. Wisniewski
    P.O. Box 2295
    Orland Park, IL 60462

6321544v1 887910