IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAN WISNIEWSKI,<br>    Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE CAPITAL CORP., a Delaware Corporation; ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP., and SANJAY S. JUTLA and ALLEN GUNN, individually and as employees and agents for ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP.,<br>    Defendants. | No. 1:08-cv-02793<br><br>Judge Lefkow<br><br>Magistrate Judge Schenkier |

**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Defendants Asset Acceptance Capital Corporation and Asset Acceptance, LLC, by and through their attorneys David M. Schultz and Jennifer W. Weller and for their Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification of Affiliates state as follows:

1.  Asset Acceptance, LLC is an indirect, wholly-owned subsidiary of Asset Acceptance Capital Corporation, a publicly traded Delaware Corporation.

2.  No publicly-held corporation owns 5% or more of Asset Acceptance Capital Corp.'s stock.

Respectfully submitted,

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000

By: s/*Jennifer W. Weller*
Jennifer W. Weller

Counsel for defendants

6329021v1 887910

**CERTIFICATE OF SERVICE**

  I hereby certify that on **June 12, 2008,** I electronically filed the above and foregoing **FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                   HINSHAW & CULBERTSON LLP

                   s/ *Jennifer W. Weller*

David M. Schultz          Jennifer W. Weller
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com