IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAN WISNIEWSKI,<br><br>          Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE CAPITAL CORP., a Delaware Corporation; ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP., and SANJAY S. JUTLA and ALLEN GUNN, individually and as employees and agents for ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP.,<br><br>          Defendants. | Case No.: 1:08-CV-02793<br><br>Judge: Lefkow<br><br>Magistrate Judge Schenkier |

## MOTION TO DISMISS

Defendants Asset Acceptance Capital Corp., Asset Acceptance, LLC, Sanjay Jutla and Allen Gunn by and through their attorneys David M. Schultz and Jennifer W. Weller move to dismiss Plaintiff's Complaint pursuant to Federal Rule 12(b)(6) on the following grounds and attach a Memorandum of Law in support:

1.  Counts I-IV should be dismissed because they are premised on the incorrect assertion that dismissal of defendant's first lawsuit was an adjudication on the merits. On the contrary the first lawsuit was dismissed "without prejudice" and thus defendants were permitted to re-file the action.

2.  Count I (Fair Debt Collection Practices Act) should further be dismissed because it is barred by a one-year statute of limitations. 15 U.S.C. §1692k.

3.  Count II (Illinois Collection Agency Act) should be dismissed because neither Asset Acceptance, LLC nor Asset Acceptance Capital Corp was a "debt collector" within the definition of the Act at the time the alleged conduct occurred.

4.      Count III (civil conspiracy) should be dismissed because defendants, a principal corporation, its subsidiary and the subsidiary's in-house counsel cannot be co-conspirators as principal-agents.

5.      Finally Count IV (malicious prosecution) should be dismissed because plaintiff fails to establish that no probable cause existed for filing the second lawsuit and that plaintiff suffered a special injury.

WHEREFORE, Defendants Asset Acceptance Capital Corp., Asset Acceptance, LLC, Sanjay Jutla and Allen Gunn respectfully request that this court dismiss Counts I-IV of Plaintiff's Complaint with prejudice and for such further relief as this court deems appropriate and just.

Respectfully submitted,

By:  s/*Jennifer W. Weller*
     Jennifer W. Weller

Counsel for Defendants

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000