IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAN WISNIEWSKI,<br><br>  Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE CAPITAL CORP., a Delaware Corporation; ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP., and SANJAY S. JUTLA and ALLEN GUNN, individually and as employees and agents for ASSET ACCEPTANCE, LLC, a subsidiary and agent of ASSET ACCEPTANCE CAPITAL CORP.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:08-cv-02793<br><br>Judge Lefkow<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO: James F. Wisniewski
   P.O. Box 2295
   Orland Park, IL 60462

  **PLEASE TAKE NOTICE** that on **June 19, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Joan H. Lefkow or any Judge sitting in his/her stead in Courtroom 1925, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION TO DISMISS with MEMORANDUM IN SUPPORT OF MOTION TO DISMISS,** a copy of which is served upon you.

                    HINSHAW & CULBERTSON LLP

                    s/ *Jennifer W. Weller*
                    Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6329179v1 884629

**CERTIFICATE OF SERVICE**

      I hereby certify that on **June 12, 2008**, I electronically filed the foregoing **NOTICE OF MOTION and MOTION TO DISMISS with MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system reflecting service of to be served on:

and I hereby certify that on **June 12, 2008**, I served by United States Mail, the documents to the following non-registered participants:

    James F. Wisniewski
    P.O. Box 2295
    Orland Park, IL 60462

                                              HINSHAW & CULBERTSON LLP

David M. Schultz                                      s/ *Jennifer W. Weller*
Jennifer W. Weller                                    Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6329179v1 884629