UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joan Wisniewski
                                      Plaintiff,

v.                                                                    Case No.: 1:08−cv−02793
                                                                                    Honorable Joan H. Lefkow

Asset Acceptance Capital Corp., et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 6/19/2008 regarding motion to dismiss [13]. Response to motion to dismiss [13] due by 7/10/2008; reply due by 7/24/2008. Parties are to proceed with Rule 26(a) disclosures. Status hearing of 6/24/2008 stricken and reset to 9/25/2008 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.